The People of the State of New York, Respondent, v. Anton Sokolowski, Appellant.— Judgment affirmed. No opinion.

David Schoenfeld, Respondent, v. Henry Dalley, Appellant.— Judgment and order affirmed, with costs. No opinion.

Philip Carpenter, Respondent, v. Elmer E. Hawes, Appellant.—Judgment and order affirmed, with costs. No opinion.

Marie Dresch v. Percy D. Elliott and Others.— Motion denied,

William Hecht, Respondent, v. A. G. Hyde & Sons, Appellant.—Judgment and order affirmed, with costs. No opinion.

Louis Meryash, Appellant, v. William H. Schmohl and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Dana A. Patten, Respondent, v. Edward J. Lynett, Appellant.— Judgment and order affirmed, with costs, on 133 Appellate Division, 746.

Sadie Schornstein, Respondent, v. The City of New York, Appellant, Impleaded with Others. David Schornstein, Respondent, v. The City of New York, Appellant, Impleaded with Others.— Judgments and orders affirmed, with costs. No opinion.

John C. Rodgers, Appellant, v. The City of New York, Respondent. (No. 2.)— — Judgment affirmed, with costs. No opinion.

The People of the State of New York ex rel. James M. Murphy, Relator, v. William H. Edwards, as Commissioner of the Department of Street Cleaning of the City of New York, Respondent.— Writ dismissed and proceeding affirmed, with fifty dollars costs and disbursements. No opinion.

Herrmann & Grace, Plaintiff, v. Richard W. Hillman and Others, Defendants, Impleaded with The City of New York and The Board of Education of The City of New York, Respondents, and B. F. Sturtevant Company and Others, Appellants.— Judgment affirmed, with costs. No opinion.

The People of the State of New York ex rel. Jonathan Hanson, Relator, v. William H. Edwards, as Commissioner of the Department of Street Cleaning of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Samuel Wilner, as Administrator, etc., of Rachel Wilner, Deceased, Respondent, v. Independent Order Ahawas Israel, Appellant.— Judgment and order affirmed, with costs. No opinion.

Ursula M. Banks, Appellant, v. The Board of Education of the City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion.

Ellen S. Bonnette, as Executrix, etc., of Margaret Scone, Deceased, Respondent, v. Joseph A. Molloy, Appellant.— Judgment affirmed, with costs. No opinion.

John Parisi, Appellant, v. Erie Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion.

In the Matter of Proving the Last Will and Testament of James Smith Inglis, Deceased. John Inglis and Others, Appellants; Louise Inglis, Proponent, Respondent.— Decree affirmed, with costs against appellant personally. Order affirmed, with ten dollars costs and disbursements against the appellant personally. No opinion.